IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROCKY BURTSFIELD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WEYERHAEUSER COMPANY,<br><br>　　　　　　Defendant. | CV 18–205–M–DLC<br><br><br>ORDER |

　　　　Pursuant to the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 31),

　　　　IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.  IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot.  The jury trial set for November 16, 2020 is VACATED.

　　　　DATED this 4th day of August, 2020.

　　　　　　　　　　　　　　　　　　　／s／ Dana L. Christensen
　　　　　　　　　　　　　　　　　　　Dana L. Christensen, District Judge
　　　　　　　　　　　　　　　　　　　United States District Court

-1-